UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ON BEHALF OF ITS AGENCY, SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>WILLIAM P. BUTCHER, SPECIAL REPRESENTATIVE OF THE ESTATE OF CALVIN NASH, JR.; CALVIN C. NASH;UNKNOWN HEIRS AND LEGATEES OF CALVIN NASH, JR; MRC RECEIVABLE CORP; UNKNOWN OWNERS AND NON-RECORD CLAIMANTS;<br><br>　　　　Defendants. | ) Case No.: 14-cv-3008<br>)<br>)<br>) Judge: Rebecca R.<br>) Pallmeyer<br>)<br>)<br>)<br>) Magistrate Judge: Sidney I.<br>) Schenkier<br>) |

## **MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE**

NOW COMES, Plaintiff, UNITED STATES OF AMERICA, ON BEHALF OF ITS AGENCY, SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, by and through its attorneys, Potestivo & Associates, P.C., and moves this Honorable Court, for the Entry of a Judgment of Foreclosure.

In support, attached please find Plaintiff's Affidavit of Prove-Up. (See Exhibit "1", Affidavit).

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　ZACHARY T. FARDON

　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By:　*s/Caleb J. Halberg*
　　　　　　　　　　　　　　　　　　　　CALEB J. HALBERG
　　　　　　　　　　　　　　　　　　　　Attorney for the United States
　　　　　　　　　　　　　　　　　　　　223 W. Jackson Blvd., Suite 610
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　(312) 263-0003
　　　　　　　　　　　　　　　　　　　　chalberg@potestivolaw.com

# CERTIFICATE OF SERVICE

I, Caleb J. Halberg , certify that a true and correct copy of the foregoing **Motion for Entry of Judgment of Foreclosure** was served upon counsel of record, if any, through operation of the Court's Case Management/Electronic Case Files system on June 19, 2014, and on the following non-ECF filers by first class mailing on June 20, 2014:

William Butcher, Special Representative
for the Estate of Calvin Nash, Jr.
2044 Ridge Road
Homewood, IL  60430

Calvin C.Nash
20506 S Ridgeland Ave
Monee, IL  60449

Unknown heirs and legatees
of Calvin Nash Jr.
8149 South Prairie Avenue
Chicago, IL  60610

MRC Receivable Corp.
30 N. LaSalle Street, Suite 2850
Chicago, IL  60602

Unknown Owners and Non-Record Claimants.
8149 South Prairie Avenue
Chicago, IL  60610

                                                  *s/Caleb J. Halberg*
                                                  CALEB J. HALBERG
                                                  Attorney for the United States
                                                  223 W. Jackson Blvd., Suite 610
                                                  Chicago, IL 60606
                                                  (312) 263-0003
                                                  chalberg@potestivolaw.com